UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**MEMPHIS PUBLISHING**              )
**COMPANY, publisher of**           )
*The Commercial Appeal*             )
                                    )
**and**                             )   Case No.:  1:10-cv-01878-ABJ
                                    )   Judge Amy Berman Jackson
**MARC PERRUSQUIA**                 )
                                    )
    **495 Union Avenue,**        )
    **Memphis, TN 38103**        )
                                    )
    **Plaintiffs,**              )
                                    )
**v.**                              )
                                    )
**FEDERAL BUREAU OF**               )
**INVESTIGATION**                   )
                                    )
    **935 Pennsylvania Avenue, N.W.** )
    **Washington, D.C. 20535**   )
                                    )
    **Defendant.**               )
_____)

### PLAINTIFFS' MOTION TO STAY CONSIDERATION OF SUMMARY JUDGMENT PROCEEDINGS

Plaintiffs Memphis Publishing Company and Marc Perrusquia respectfully request that the Court stay consideration of the summary judgment proceedings in the above-referenced litigation pending this Court's ruling on Plaintiffs' Motion to Compel a *Vaughn* Index and for an *In Camera* Review of the Documents ("Plaintiffs' Motion to Compel"), which have been filed contemporaneously with this Motion.  As set forth more fully in the Memorandum of Points and Authorities in Support of this Motion, good cause exists for a stay as the limited issues raised in Plaintiffs' Motion to Compel will streamline the issues in this case.  Therefore, to conserve judicial resources and to avoid the piecemeal litigation of the propriety of Defendant Federal

Bureau of Investigation's actions, Plaintiffs ask that this Court stay these proceedings until it has ruled on Plaintiffs' Motion to Compel.

Dated:   July 8, 2011                             Respectfully Submitted,

**HOLLAND & KNIGHT LLP**

Charles D. Tobin #455593
Christine N. Walz #996643
2099 Pennsylvania Ave., N.W., Suite 100
Washington, D.C. 20006
Telephone:  (202) 955-3000
Facsimile: (202) 955-5564

*Counsel for Plaintiffs*
*Memphis Publishing Company*
*and Marc Perrusquia*

By:     /s/ Charles D. Tobin
          Charles D. Tobin

## CERTIFICATE OF SERVICE

    I hereby certify that on this 8th day of July, 2011, a true and correct copy of the foregoing was served on all parties of record via the Court's Electronic Case Filing system.

                                      By:    /s/Charles D. Tobin

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7(M)

    I hereby certify that on July 6, 2011, before filing this motion, I discussed the motion with opposing counsel Wendy Doty by phone in a good faith effort to determine whether there is any opposition to the relief sought and to narrow the areas of disagreement. Counsel for the FBI opposes this motion.

                                      By:    /s/Charles D. Tobin
                                                      Charles D. Tobin
                                                      Charles D. Tobin