## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MEMPHIS PUBLISHING COMPANY**, publisher of *The Commercial Appeal* <br><br> and <br><br> **MARC PERRUSQUIA** <br><br>   495 Union Avenue, <br>   Memphis, TN 38103 <br><br>   Plaintiffs, <br><br> v. <br><br> **FEDERAL BUREAU OF INVESTIGATION** <br><br>   935 Pennsylvania Avenue, N.W. <br>   Washington, D.C. 20535 <br><br>   Defendant. | Case No.: 1:10-cv-01878-ABJ <br> Judge Amy Berman Jackson <br><br><br> **ORAL ARGUMENT REQUESTED** |

### PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF A *VAUGHN* INDEX FOR ERNEST WITHERS' CONFIDENTIAL INFORMANT FILE, AND MOTION FOR *IN CAMERA* REVIEW OF THE FILE

Pursuant to 5 U.S.C. § 552 and for the reasons set forth in the accompanying Memorandum of Law in Support of Plaintiffs' Motion to Compel Production of a Vaughn Index for Ernest Withers' Confidential Informant File, and Motion for *In Camera* Review of the File, Plaintiffs Memphis Publishing Company and Marc Perrusquia ("Plaintiffs"), by and through

undersigned counsel, hereby move to compel a *Vaughn* index of Ernest Withers' confidential informant files and for an *in camera* review of the complete files.

Dated:   July 8, 2011                              Respectfully Submitted,

**HOLLAND & KNIGHT LLP**

Charles D. Tobin #455593
Christine N. Walz #996643
2099 Pennsylvania Ave., N.W., Suite 100
Washington, D.C. 20006
Telephone:  (202) 955-3000
Facsimile: (202) 955-5564

*Counsel for Plaintiffs*
*Memphis Publishing Company*
*and Marc Perrusquia*


By:   /s/ Charles D. Tobin
        Charles D. Tobin

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July, 2011, a true and correct copy of the foregoing was served on all parties of record via the Court's Electronic Case Filing system.

By: /s/Charles D. Tobin
Charles D. Tobin

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7(M)

I hereby certify that on July 6, 2011, before filing this motion, I discussed the motion with opposing counsel Wendy Doty by phone in a good faith effort to determine whether there is any opposition to the relief sought and to narrow the areas of disagreement. Counsel for the FBI opposes this motion.

By: /s/Charles D. Tobin
Charles D. Tobin