UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MEMPHIS PUBLISHING COMPANY *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:10cv01878 (ABJ) ) ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) ) ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR LEAVE
TO FILE POST-ARGUMENT MEMORANDUM**

Defendant Federal Bureau of Investigation ("FBI") respectfully moves the Court for leave to file a short (5-page) memorandum in order to address more fully several issues raised by the Court at the October 4, 2011 hearing. The memorandum addresses the question raised by the Court regarding the reviewability of an agency's reliance on a statutory exclusion under the Freedom of Information Act, 5 U.S.C. § 552(c), an issue that was not fully addressed in either party's briefs. The memorandum also very briefly addresses the Ninth Circuit decision in *Pickard v. Department of Justice*, 653 F.3d 782 (9th Cir. 2011), which plaintiffs' counsel referred to during oral argument but which was not addressed in the parties' papers. The FBI respectfully submits that this filing will aid the Court's resolution of this matter. *See, e.g., Cheeks of N. Am., Inc. v. Fort Myer Const. Corp.*, __ F. Supp. 2d __, 2011 WL 3585976 at *21 n.15 (D.D.C. Aug. 16, 2011) (considering supplemental brief "to the extent it is helpful to the Court's resolution of the disputed issues").

Pursuant to Local Rule 7(m), undersigned counsel conferred with counsel for plaintiffs regarding the relief sought in this motion. Plaintiffs oppose this motion and the attachment of the memorandum hereto.

>Respectfully submitted,
>
>TONY WEST
>Assistant Attorney General
>
>ELIZABETH J. SHAPIRO
>Deputy Director
>Federal Programs Branch
>
>s/ Lesley R. Farby
>LESLEY R. FARBY, DC Bar No. 495625
>Trial Attorney
>Federal Programs Branch
>U.S. Department of Justice, Civil Division
>20 Massachusetts Avenue NW, Room 7220
>Washington, DC  20530
>Telephone:  (202) 514-3481
>Fax:  (202) 616-8470
>Email:  lesley.farby@usdoj.gov
>
>*Counsel for Defendant Federal Bureau of Investigation*

Dated:  October 14, 2011

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 14, 2011, a copy of the foregoing document was filed electronically via the Court's ECF system, through which a notice of the filing will be sent to all counsel of record.

                                       s/ Lesley R. Farby
                                       LESLEY R. FARBY