# Exhibit B

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| MEMPHIS PUBLISHING COMPANY *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) Civil Action No. 1:10cv01878 (ABJ) |
| v. | ) ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) ) ) |
| Defendant. | ) |

## [PROPOSED] PROTECTIVE ORDER

It is the ___ day of _____, 2012, ORDERED that:

Defendant Federal Bureau of Investigation shall produce a revised *Vaughn* index to the Court *in camera* and *ex parte* by September 27, 2012.

_____
HONORABLE AMY BERMAN JACKSON
U.S. District Court Judge