## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEMPHIS PUBLISHING COMPANY and MARC PERRUSQUIA, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:10-CV-01878 (ABJ) |

### JOINT MOTION TO APPOINT A SENIOR UNITED STATES DISTRICT COURT JUDGE OR UNITED STATES MAGISTRATE JUDGE AS MEDIATOR, AND TO STAY AUGUST 2 AND AUGUST 13, 2012 ORDERS

Plaintiffs Memphis Publishing Company and Marc Perrusquia, and Defendant Federal Bureau of Investigation ("FBI") (collectively, "the parties"), jointly request that the Court refer this case to mediation before a Senior United States District Court Judge or United States Magistrate Judge.

In order to pursue mediation, the parties jointly request a 30-day stay of the Court's August 2, 2012 Order, which provided for the FBI to produce a new *Vaughn* Index, and the Court's August 13, 2012 Order, setting the deadline for that production for September 27, 2012. If the Court grants this stay, the FBI's new *Vaughn* index would be due by October 29, 2012, and the timeline for further summary judgment briefing that the Court has provided in the August 13, 2012 Order (30 days from production of the *Vaughn* index for Plaintiffs to file their opposition to the FBI's motion for summary judgment and any cross motion for summary judgment, 14 days for the FBI to file any combined reply and opposition to the cross motion for summary judgment, and 14 days for Plaintiffs to file a reply) would remain the same.

1

The parties respectfully request that the Court grant the joint stay motion as soon as possible, but no later than September 19, 2012.

The parties submit a proposed Order with this Joint Motion.

Dated: September 14, 2012                                        Respectfully Submitted,

**HOLLAND & KNIGHT LLP**                          STUART F. DELERY
                                                                              Acting Assistant Attorney General

/s/ Charles D. Tobin
Charles D. Tobin #455593                                  ELIZABETH J. SHAPIRO
Christine N. Walz #996643                               Deputy Director
Drew E. Shenkman #989900                           Federal Programs Branch
800 17th Street, N.W.
Suite 1100                                                          /s/ Lesley R. Farby
Washington, D.C. 20006                               WENDY M. DOTY, DC Bar No. 490228
Telephone: (202) 955-3000                           LESLEY R. FARBY, DC Bar No. 495625
Facsimile: (202) 955-5564                              Trial Attorneys
                                                                              Federal Programs Branch
*Counsel for Plaintiffs Memphis*                   U.S. Department of Justice, Civil Division
*Publishing Company and Marc Perrusquia*   20 Massachusetts Avenue NW, Room 7220
                                                                              Washington, DC 20530
                                                                              Telephone: (202) 514-3481
                                                                              Fax: (202) 616-8470
                                                                              Email: lesley.farby@usdoj.gov

                                                                              *Counsel for Defendant Federal Bureau of Investigation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2012, a copy of the foregoing document was filed electronically via the Court's ECF system, through which a notice of the filing will be sent to all counsel of record.

/s/ Lesley R. Farby