**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MEMPHIS PUBLISHING COMPANY *et al.*, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 1:10cv01878 (ABJ) |
| v. | ) | |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Defendant Federal Bureau of Investigation appeals to the

United States Court of Appeals for the District of Columbia Circuit from the Court's Order of

August 2, 2012, requiring Defendant to produce a supplemental *Vaughn* index, as modified by

the Court's Orders of August 13, 2012, and September 17, 2012.

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

s/ Lesley R. Farby
WENDY M. DOTY, DC Bar No. 490228
LESLEY R. FARBY, DC Bar No. 495625
Trial Attorneys
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue NW, Rm.7220
Washington, DC  20530
Telephone:  (202) 514-3481
Fax:  (202) 616-8470
Email:  lesley.farby@usdoj.gov

*Counsel for Defendant Federal Bureau of Investigation*

Dated:  September 28, 2012

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 28, 2012, a copy of the foregoing document was filed electronically via the Court's ECF system, through which a notice of the filing will be sent to all counsel of record.

s/ Lesley R. Farby
LESLEY R. FARBY